UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alba Nydia Jusino de Miranda, et al.
   Plaintiffs,

v.                                     CASE NUMBER: 97-1777 (HL)

Dept. of Housing of the
Commonwealth of Puerto Rico
   Defendant.

| MOTION |
|---|
| **Date Filed:** 12/11/98    **Docket #** 25    [ ] Plffs   [X] Defts   [ ] Other<br>**Title:** Motion For Summary Judgment |
| **ORDER** |

On June 22, 1999, pursuant to Local Rule 108, this Court ordered defendant to file English translations of exhibits to Defendant's Motion for Summary Judgment by July 22, 1999. To date, defendant has failed to comply with this order. Pursuant to the Court's warning in docket number 33, the Court will not consider those exhibits. Consequently, by failing to comply with that order, defendant has also failed to comply with Local Rule 311.12, which requires that the statement of material facts annexed to a motion for summary judgment shall be "properly supported by specific reference to the record."

Based on the foregoing, and supported by the fact that this Court "has discretion to refuse to accept a motion [for summary judgment] when the filer fails to include required translations of supporting documents," *United States v. Fraya*, 145 F.3d 1, 3 (1st Cir. 1998), this Court hereby **denies** defendant's Motion for Summary Judgment.

Date 9/2/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:       EOD:

