# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Alba Nydia Jusino de Miranda, et al.
  Plaintiffs,

  v.                      **CASE NUMBER:**  97-1777 (HL)

Dept. of Housing of the
Commonwealth of Puerto Rico
  Defendant.

---

## SCHEDULING ORDER

The trial in this case is scheduled on **January 25, 2000, at 9:00 a.m.**

A pretrial and settlement conference before the undersigned shall be held on **December 16, 1999, at 2:00 p.m.**

Date 9 3|99

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

| Rec'd: | EOD: |
|--------|------|
| By:    |  |

