UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alba Nydia Jusino de Miranda, et al.
   Plaintiffs,

v.

CASE NUMBER: 97-1777 (HL)

Dept. of Housing of the
Commonwealth of Puerto Rico
   Defendant.

### AMENDED SCHEDULING ORDER

The pretrial and settlement conference scheduled for December 15, 1999 at 11:00 a.m., will be moved to **December 27, 1999 at 2:00 p.m. This date is firm.**

The trial date remains unchanged, and will be held on **January 25, 2000, at 9:00 a.m.**

Date 12/16/99

HECTOR M. LAFFITTE
Chief U.S. District Judge