UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alba Nydia Jusino de Miranda, et al.
   Plaintiff,

v.                                   CASE NUMBER: 97-1777 (HL)

Dept. of Housing of the
Commonwealth of Puerto Rico
   Defendant.

RECEIVED & FILED
1999 DEC 30 AM 7:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/27/99<br>**Docket #** 42<br>[X] **Plff**  [X] **Defts**  [ ] Other<br>**Title:** Settlement Agreement | The Court hereby approves the proposed settlement stipulation (Dkt. No. 42), whereby defendants agree to pay plaintiff $50,000.00 including all costs and expenses, and accordingly dismisses plaintiff's claims with prejudice. |

Date 12/29/99

HECTOR M. LAFFITTE
Chief U.S. District Judge