## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Alba Nydia Jusino de Miranda, et al.
   Plaintiff,

v.    CASE NUMBER: 97-1777 (HL)

Dept. of Housing of the
Commonwealth of Puerto Rico
   Defendant.

### JUDGMENT

The Court having approved the parties' settlement stipulation (**Dkt. no. 42**), judgment is hereby entered dismissing this case with prejudice.

Date 12/29/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

