UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ALBA NYDIA JUSINO, et al.,
v.
DEPT OF HOUSING OF
THE COMMONWEALTH OF PUERTO RICO

CASE NUMBER: 97-1777 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3/2/00  **Docket #** 46<br>[x] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion for return of funds | The motion requesting withdrawal of funds is hereby **granted**. Accordingly, the Clerk of the Court is hereby **ordered** to draw a check in the principal amounts designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rules 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>NAME OF PAYEE                              AMOUNT<br>Alba Nydia Jusino &                         $50,000<br>Nelson Robles Diaz<br><br>The check shall be mailed to Plaintiff's attorney of record. |

Date  4/18/0.

HECTOR M. LAFFITTE
U.S. District Judge


